**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **FREDERIC KLEIN and** | : |
| **SUSAN KLEIN** | : |
| Individually, and as | : |
| Husband and Wife | : |
| 69 Ridgecrest Road | : |
| Glastonbury, CT  00033 | : |
| | : |
| and | : |
| | : |
| **ILANA KLEIN** | : |
| 69 Ridgecrest Road | : |
| Glastonbury, CT  00033 | : |
| | : |
| Plaintiffs, | :   C.A. No. |
| | : |
| v. | : |
| | : |
| **RACHEL TURK** | : |
| 1005 Morris Street, 1st Floor | : |
| Utica, NY  13501 | : |
| | : |
| and | : |
| | : |
| **JUANDA STACKHOUSE** | : |
| 6133 Musgrave Street | : |
| Philadelphia, PA  19144 | : |
| | : |
| Defendants. | : |

## COMPLAINT

COMES NOW the Plaintiffs, Frederic Klein and Susan Klein, individually, and as Husband and Wife, and Ilana Klein, by and through their attorneys, Anthony G. Newman, Esquire, Allan M. Siegel, Esquire, and the law firm of Chaikin & Sherman, P.C. and respectfully represent as follows:

## COUNT I
(Negligence—Personal Injury)

1.   This Court has jurisdiction over the within cause of

action pursuant to 28 U.S.C. § 1332, in that the parties involved are diverse. Plaintiffs are citizens of Connecticut. Defendant Rachel Turk is a citizen of New York and Defendant Juanda Stackhouse is a citizen of Pennsylvania. The incident occurred in Baltimore County, Maryland.

2.   On or about August 10, 2001, at approximately 1:30 p.m., Plaintiff Frederic Klein was operating a motor vehicle proceeding northbound on I-95 in the far left lane, at, or near, its intersection with Route 1, also known as Southwestern Avenue, in Baltimore County, Maryland. Plaintiffs Susan Klein and Ilana Klein were passengers in said vehicle.

3.   At said time and place, Defendant Rachel Turk was operating a motor vehicle owned by Defendant Juanda Stackhouse, with the express permission and consent of Defendant Stackhouse, and/or as the agent, servant and/or employee of Defendant Stackhouse, acting in the course and scope of her employment. Defendant Turk was proceeding northbound on I-95 in the far right lane, at, or near, its intersection with Route 1, in Baltimore County.

4.   At said time and place, Defendant Turk negligently lost control of her vehicle, causing her vehicle to cross four lanes of traffic and collide with the rear of Plaintiffs' vehicle, which was lawfully and properly upon said roadway. Defendants' vehicle then proceeded into the center median.

5.   At all times mentioned herein, Defendant Turk, individually, and Defendant Stackhouse, acting by and through

2

her driver, Defendant Turk, owed a continuing duty to operate their vehicle in a reasonable and prudent manner with due regard to other persons then and there lawfully upon said roadway.

6.   Defendant Turk, individually, and Defendant Stackhouse, acting by and through her driver, Defendant Turk, breached the duties owed to Plaintiffs.  The collision referred to herein was caused by the negligence of the Defendants Turk and/or Stackhouse who, inter alia, failed to maintain control of their vehicle, failed to take prescribed medication before driving, failed to ensure that she had eaten enough to sustain her sugar levels, failed to operate their vehicle at a safe and reasonable speed, failed to keep a proper lookout, failed to pay full time and attention, failed to yield the right of way, failed to operate their vehicle so as to avoid a collision, and failed to obey the rules and regulations of the State of Maryland, then and there in full force and effect. At all times mentioned herein, Plaintiffs were free of negligence and/or contributory negligence.

7.   As a direct and proximate result of the aforesaid negligence, Plaintiff Ilana Klein suffered injuries and damages, including but not limited to: a closed head injury causing among other things severe intractable migraine headaches, loss of fertility, and organic brain damage, and injuries to her neck and back; she has incurred, and will continue to incur, medical and hospital expenses in an effort

3

to care for her injuries; she has suffered, and will in the future suffer, a loss of earnings and earning capacity; and she has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Ilana Klein demands judgment of and against Defendants Rachel Turk and Juanda Stackhouse, jointly and severally, in the full amount of Two Million Dollars ($2,000,000.00), plus pre-judgment interest and costs.

## COUNT II
(Negligent Entrustment)

Plaintiffs replead and incorporate by reference herein each and every allegation set forth above, and further state as follows:

8.  At all times mentioned herein, Defendant Stackhouse owed a continuing duty to not entrust her vehicle to an individual who she knew, or reasonably should have known was an unfit driver, and subject to seizures while she was driving.

9.  Defendant Turk was an unfit driver likely to cause injury to others, since she was a diabetic and subject to seizures while she was driving.

10.  Defendant Stackhouse knew, or should have known, that Defendant Turk was an unfit driver likely to cause injury to others, and should not have entrusted her vehicle to her, before ensuring, among other things, that she was in a condition which would enable her to safely operate the vehicle.

4

11.   Defendant Stackhouse breached the duties owed to the Plaintiffs, by <u>inter alia</u>, authorizing Defendant Turk to operate her vehicle, who Defendant Stackhouse knew, or should have known, was an unfit driver likely to cause injury to others.

12.   As a direct and proximate result of the Defendant's aforesaid negligence, Defendant Turk drove Defendant Stackhouse's vehicle in such a manner as to cause it to strike Plaintiff's vehicle, thereby causing Plaintiff's injuries and damages, as set forth above.

WHEREFORE, Plaintiff Ilana Klein demands judgment of and against Defendants Rachel Turk and Juanda Stackhouse, jointly and severally, in the full amount of Two Million Dollars ($2,000,000.00), plus pre-judgment interest and costs.

<u>**COUNT III**</u>
(Negligence—Personal Injury)

Plaintiffs replead and incorporate by reference herein each and every allegation set forth above and further state as follows:

13.   As a direct and proximate result of the aforesaid negligence and negligent entrustment, Plaintiff Susan Klein suffered injuries and damages, including but not limited to: injuries to her back, left hip, left leg, left foot and left knee; she has incurred, and will continue to incur, medical and hospital expenses in an effort to care for her injuries; she has suffered, and will in the future suffer, a loss of earnings

and earning capacity; and she has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Susan Klein demands judgment of and against Defendants Rachel Turk and Juanda Stackhouse, jointly and severally, in the full amount of Five Hundred Thousand Dollars ($500,000.00), plus pre-judgment interest and costs.

<u>COUNT IV</u>
(Negligence—Personal Injury)

Plaintiffs replead and incorporate by reference herein each and every allegation set forth above and further state as follows:

14.  As a direct and proximate result of the aforesaid negligence and negligent entrustment, Plaintiff Frederic Klein suffered injuries and damages, including but not limited to: injuries to his neck, left hand and right hand; he has incurred and will continue to incur medical and hospital expenses in an effort to care for his injuries; he has suffered and will in the future suffer a loss of earnings and earning capacity; he has incurred damage to his car and car rental expenses; and he has suffered and will in the future continue to suffer great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Frederic Klein demands judgment of and against Defendants Rachel Turk and Juanda Stackhouse, jointly and severally, in the full amount of Five Hundred Thousand Dollars ($500,000.00), plus pre-judgment interest and

costs.

## COUNT V
(Loss of Consortium)

Plaintiffs replead and incorporate by reference herein each and every allegation set forth above and further state as follows:

15.  That Plaintiffs Frederic Klein and Susan Klein were living together as Husband and Wife at the time of the occurrence, and that as a direct and proximate result of the Defendants' aforesaid negligence and negligent entrustment, Plaintiffs have suffered the loss of society, companionship and consortium of each other.

WHEREFORE, Plaintiffs Frederic Klein and Susan Klein, individually and as Husband and Wife, demand judgment of and against Defendants Rachel Turk and Juanda Stackhouse, jointly and severally, in the full amount of Two Hundred Thousand Dollars ($200,000.00), plus pre-judgment interest and costs.

## COUNT VI
(Recovery of Medical and Other Expenses
On Behalf of Parent)

Plaintiffs replead and incorporate by reference herein, each and every allegation set forth above, and further state as follows:

16.  As a direct and proximate result of the aforesaid negligence and negligent entrustment, Plaintiff Frederic Klein has incurred and will continue to incur hospital and medical

expenses in an effort to care for the injuries of his child, Ilana Klein.

WHEREFORE, Plaintiff Frederic Klein demands judgment of and against Defendants Rachel Turk and Juanda Stackhouse, jointly and severally, in the amount of One Hundred Thousand Dollars ($100,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

_____
Anthony G. Newman
Md. Fed Bar No.07299
Newman & McIntosh
7315 Wisconsin Avenue, Suite 700E
Bethesda, MD 20814

_____
Allan M. Siegel
Md. Fed Bar No. 23138
Chaikin & Sherman, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 659-8600
Attorneys for Plaintiffs

**JURY DEMAND**

Plaintiffs hereby request a trial by jury as to all issues triable herein.

_____
Allan M. Siegel