August 5, 2004

**VIA FACSIMILE - (410) 568-6782 and First-Class Mail**

Jacqueline Kramer, Esquire
Johnson, Jones & McGough
200 International Circle
Suite 1500
Hunt Valley, Maryland  21030

    RE:  Jonathan Miller v. Jenna Burton, et al.
           Case No.:  244701-V

Dear Ms. Kramer:

    Enclosed please find the report and invoice of Allan F. Mirsky, Ph.D., ABPP of his neuropsychological evaluation of Jonathan Miller.

    Please consider a supplement to previously provided answers to interrogatories, responses to requests for production of documents and expert witness identification.  If you require a more formal supplemental answer, please advise me in writing within ten (10) days of the date of this letter.

                                  Very truly yours,


                                  Joseph Cammarata

JC:tbh
Enclosures